|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| VERONICA L. WHITTY,, | |
|---|---|
| Plaintiff, | Case No. 12-5314 RJB-KLS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Defendant. | |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #10] recommending that this case be remanded, based on the stipulation of the parties [ECF #9]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 3rd day of October, 2012.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1