UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERONICA L. WHITTY,,<br><br>       Plaintiff,<br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. 12-5314 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #10] recommending that this case be remanded, based on the stipulation of the parties [ECF #9]. It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 3rd day of October, 2012.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1